**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ARNALDO RODRIGUEZ CEBALLO | CIVIL ACTION NO. 26-0360 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the foregoing Petitioner's Motion to Voluntary Dismiss Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of petitioner, Arnaldo Rodriguez Ceballo, against defendants, Brian Acuna, Todd Lyons, Kristi Noem, Pamela Bondi, and Warden Jena Detention Center, are **DISMISSED**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE